MINNIE DRISCOLL ET AL., PLAINTIFFS, v. PUBLIC SERV-
ICE TRANSPORTATION COMPANY ET AL., DEFEND-
ANTS.

Submitted October term, 1927—Decided March 10, 1928.

Before GUMMERE, CHIEF JUSTICE, and Justices BLACK and
LLOYD.

For the plaintiffs, *Francis A. Gordon.*

For the defendants, *Henry H. Fryling.*

PER CURIAM.

This suit was brought to recover damages for personal
injuries to the plaintiff Minnie Driscoll, and incidental dam-
ages to her husband Maurice Driscoll. At the time of the
injuries sued for, on the 18th of January, 1926, the plaintiff
Minnie Driscoll was a passenger in a jitney bus of the de-
fendant the Public Service Transportation Company, which
was being operated along Marshall street, at or near Third
street, in the city of Elizabeth, when it collided with a trolley
car of the defendant the Public Service Railway Company,
causing the injuries to the plaintiff Minnie Driscoll. Negli-
gence is charged against both companies. The jury so found.
The trial resulted in a verdict in favor of the plaintiff Minnie
Driscoll for $7,500, and for the plaintiff Maurice Driscoll
for $1,500, against both defendants.

The defendants obtained a rule to show cause and write
down seven reasons for a new trial. The first two reasons
are objections to testimony. Three to six, exceptions to the

charge. We find no error in these respects. Seven, the verdicts are excessive. This we think is so. The plaintiffs allege that the plaintiff Minnie Driscoll suffers from arthritis. This it seems to us has not been established by evidence to be due to the accident. She had no fractures or bone injury. The verdict of the plaintiff Minnie Driscoll should be reduced to $4,000 and the verdict of the plaintiff Maurice should be reduced to $1,000.

If the plaintiffs will remit the excess, the verdicts may stand for those amounts, otherwise, the rule to show cause will be made absolute.